UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EDWARD FIELDS,

      Plaintiff,

                                      Case No. 2:14-cv-67

v.

                                      HONORABLE PAUL L. MALONEY

DAN LESATZ, et al.,

      Defendants,

_____/

## **JUDGMENT**

      This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict in favor of defendants and against the plaintiff.

      **IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendants and against plaintiff pursuant to the verdict form completed by the jury.

Date:  November 10, 2016                  /s/ Paul L. Maloney_____
                                          Paul L. Maloney
                                          United States District Judge